5:21-cv-937

EXHIBIT "A"

DOCUMENT 1-1

FILED
8/9/2021 5:16 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Martha Medellin

Case 5:21-cv-00937-FB    Document 1-1    Filed 10/01/21    Page 3 of 28 2 cit pps    w jd

**2021CI16114**

NO: _____

| | | |
|---|---|---|
| KELLY TOUDOUZE | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | ____ JUDICIAL DISTRICT |
| | § | |
| LIBERTY COUNTY MUTUAL | § | |
| INSURANCE COMPANY | § | Bexar County - 288th District Court |
| AND  AMICA MUTUAL INSURANCE | § | |
| COMPANY AND CLINT PRESTON | § | |
| SAUCER | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, KELLY TOUDOUZE, hereinafter referred to as Plaintiff and files this Original Petition, complaining of LIBERTY COUNTY MUTUAL INSURANCE COMPANY (hereinafter sometimes referred to as "Liberty Mutual") AND AMICA MUTUAL INSURANCE (hereinafter sometimes referred to as "Amica") AND CLINT PRESTON SAUCER and for cause of action would respectfully show unto the Court the following:

## I.
## DISCOVERY TRACK

1.1    Plaintiff requests the Court modify the discovery control plan and assign this case to Discovery Track Three pursuant to Rule 190.4 and Plaintiff will submit an Agreed Order or other Court Order to this effect.

## II.

**PARTIES**

2.1    Plaintiff, KELLY TOUDOUZE, is an individual citizen and resident of Texas.   She is bringing her individual claims for damage stemming from personal injuries.

2.2.    Defendant, LIBERTY COUNTY MUTUAL INSURANCE COMPANY, is a domestic insurance company authorized to do business in the State of Texas. Defendant may be served with citation by serving its registered agent, Corporation Service Company, at 211 East 7th Street, Suite 620, Austin, Texas  78701.

2.3.    Defendant, AMICA MUTUAL INSURANCE COMPANY, is a domestic insurance company authorized to do business in the State of Texas.   Defendant may be served with citation by serving its registered agent, AMY WALSINGHAM at 2150 Town Square Place, Suite 600, Sugar Land, Texas 77479.

2.4    Defendant CLINT PRESTON SAUCER is an individual resident of Texas and may be served with process at 3027 Trinity Pass Court, Springs, Texas 77373.

**III.**
**JURISDICTION AND VENUE**

3.1    The amount in controversy exceeds the minimal jurisdictional limits of this Court. Plaintiff seeks monetary relief of $1,000,000.00 including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees. Any removal, or consent to removal, of this case to federal court would be improper. All conditions

2

precedent have been performed or have occurred.

3.2    Venue of this lawsuit is proper in Travis County, Texas pursuant to TEX. CIV. PRAC. & REM. CODE, CHAPTER 15 in that the incident giving rise to this cause of action occurred in Bexar County, Texas.  Further, venue is properly had in Bexar County, Texas pursuant to the permissive venue provision of §15.032 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, in that this is a suit on a policy brought against an accident insurance company, wherein the policyholder resided in Bexar County, Texas at the time the cause of action accrued; the collision made the basis of this suit occurred in Bexar County, Texas, and the insurance contract was purchased and entered into in Bexar County, Texas.

## IV.
### GENERAL ALLEGATIONS OF FACTS

4.1    Pursuant to Section 10.001 of the Civil Practice and Remedies Code, each allegation or other factual contention below has evidentiary support or is likely to have evidentiary support after a reasonable opportunity for further investigation or discovery. Plaintiff asserts that all conditions precedent to the bringing of these causes of action have been performed or have occurred prior to the filing of the causes of action at bar.

4.2    This suit arises out of a vehicular collision that in San Antonio, Bexar County, Texas, on November 11, 2017.  At that time and place, the Plaintiff was traveling in a vehicle, when suddenly and without warning Defendant driver Clint Preston

3

Saucer collided his vehicle at a high rate of speed into the vehicle that Plaintiff was occupying as a passenger. The Defendant driver negligently failed to yield and negligently failed to maintain assured clear distance.  As a result of the collision, Plaintiff was severely injured and incurred medical bills and expenses.

**V.**

**UIM CLAIMS AGAINST DEFENDANTS LIBERTY MUTUAL AND AMICA**

5.1    At all relevant times, Plaintiff was insured under an automobile insurance policy with Defendant Liberty Mutual and Defendant Amica. Plaintiff has complied with all the terms and conditions of the respectively policies prior to bringing this action.  Plaintiff would show that at the time of trial of this matter she will offer into evidence a copy of said policies, unless the original of the same is produced by Defendants at said trial.  At the time of the motor vehicle collision described above, Plaintiff was covered by an automobile liability policy of insurance with Defendant Liberty Mutual that included uninsured motorist coverage.  At the time of the motor vehicle collision described above, Plaintiff was covered by an automobile liability policy of insurance with Defendant Amica that included uninsured motorist coverage. Plaintiff timely and properly notified Defendants Liberty Mutual and Amica of her claims under the uninsured provision of the policy.  Both Defendant Liberty Mutual and Defendant Amica failed to offer Plaintiff a fair settlement. As of this filing, neither Defendant Liberty Mutual nor Defendant Amica have offered any settlement whatsoever.  All

4

conditions precedent to bringing this suit has been performed and/or have occurred, including the statutory notice provision.

5.2     Based on the foregoing facts, and pursuant to the policies of insurance in force and effect between Plaintiff and Defendant Liberty Mutual and Amica at the time of the collision, Plaintiff seeks a declaratory judgment pursuant to TEX. CIV. PRAC. & REM. CODE Ch. 37 that she is entitled to recover from Defendant Liberty Mutual and Amica her damages resulting from the motor vehicle collision on or about November 11, 2017, that those damages fall within the coverage afforded her under the Defendant Liberty Mutual and Defendant Amica insurance policies, and specifying the amount of damages, attorney fees, interest, and court costs that Defendant Liberty Mutual and Defendant Amica are obligated to pay.

## VI.
### DAMAGES

6.1.     As a result of the collision described above, Plaintiff was injured, causing physical pain, mental anguish, physical impairment, and disfigurement in the past, all of which she will, in reasonable probability, continue to suffer in the future.  Due to the severity of Plaintiff's injuries, Plaintiff has been caused to incur medical and related health care expenses in the past and will, in reasonable probability, continue to incur such expenses in the future.

6.2     By reason of the above and foregoing, Plaintiff has been damaged in a sum

within the jurisdictional limits of this Court.

## VII.
### ATTORNEYS FEES

7.1    Pursuant to TEX. CIV. PRAC. & REM. CODE Ch. 37, Plaintiff seeks recovery

of reasonable and necessary attorneys' fees from Defendant Liberty Mutual and

Defendant Amica, for which she hereby sues.

## XIII.
### DISCLOSURES

8.1    Plaintiff hereby requests that Defendants disclose to Plaintiff within 30

days of the filing of the first answer, Defendant's Initial Disclosures pursuant to Texas

Rule of Civil Procedure 194.2.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that upon a final

hearing of the cause, judgment be entered for the Plaintiff against Defendants for her

damages, reasonable and necessary attorneys' fees, and as set forth herein, together

with pre-judgment interest, post-judgment interest at the legal rate, costs of court, and

such other relief, at law or in equity, to which Plaintiff may be entitled.

Respectfully submitted,

DLG LUCE SALAZAR PLLC
15900 La Cantera Parkway, Suite 20255
San Antonio, Texas 78256
Telephone:  512.333.4442

Fax:  (844) 747.0555

By:  _____

ZACHARY O. LUCE
State Bar No. 24057685
luce@dlgluce.com
F. SCOTT DE LA GARZA
State Bar No. 24055387
fscott@dlgluce.com

**ATTORNEYS FOR PLAINTIFF**

DOCUMENT 1-2

FILED
9/17/2021 3:50 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Luis Herrera
Bexar County - 288th District Court

Case 5:21-cv-00937-FB     Document 1-1     Filed 10/01/21     Page 11 of 28

## CAUSE NO. 2021CI16114

| | | |
|---|---|---|
| **KELLY TOUDOUZE** | § | **IN THE DISTRICT COURT** |
| | § | |
| **V.** | § | **288TH JUDICIAL DISTRICT** |
| | § | |
| **LIBERTY COUNTY MUTUAL** | § | |
| **INSURANCE COMPANY, AMICA** | § | |
| **MUTUAL INSURANCE COMPANY** | § | |
| **AND CLINT PRESTON SAUCER** | § | **BEXAR COUNTY, TEXAS** |

## ORIGINAL ANSWER OF DEFENDANT AMICA MUTUAL INSURANCE COMPANY

TO THE HONORABLE COURT:

**NOW COMES** Amica Mutual Insurance Company named Defendant in the above-entitled and numbered cause, and file this Original Answer, and shows the Court:

### I.
### GENERAL DENIAL

Defendant Amica Mutual Insurance Company denies each and every allegation of Plaintiff's Original Petition and demands strict proof thereof as required by the Texas Rules of Civil Procedure.

### II.
### JURY DEMAND

Defendant respectfully demands a trial by jury of the above entitled and numbered cause.

### III
### RESERVATION OF RIGHT TO AMEND

Defendant expressly reserves the right to amend this pleading at a later date, in order to assert additional matters which may become apparent during the course of discovery.

## IV.
## <u>NOTICE</u>

Pursuant to Texas Rules of Civil Procedure 193.7, Defendant gives notice that all documents produced by any party herein will be used at any pre-trial proceeding and at trial.

## <u>PRAYER</u>

Defendant Amica Mutual Insurance Company prays the Court, after notice and hearing or trial, enter judgment in favor of Defendant, award this Defendant its costs of court, and such other and further relief as Defendant Amica Mutual Insurance Company may be entitled to in law or in equity.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
1300 Summit Ave., Suite 700
Fort Worth, Texas 76102
Tele.    (817) 509-2044
Fax.    (817) 509-2060
E-Mail:  sodell@namanhowell.com

BY: _____
**MICHAEL SHANE O'DELL**
State Bar No. 24065835

**ATTORNEY FOR DEFENDANT**
**AMICA MUTUAL INSURANCE**
**COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

     This certifies that on September 17, 2021, a true and correct copy of the foregoing was served as follows:

     luce@dlgluce.com
     Zachary O. Luce
     fscott@dlgluce.com
     F. Scott de la Garza
     DLG Luce Salazar PLLC
     15900 La Cantera Parkway, Suite 20255
     San Antonio, TX  78256

                                 **Michael Shane O'Dell**

DOCUMENT 1-3

FILED
9/7/2021 11:36 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Luis Herrera
Bexar County - 288th District Court

## RETURN OF SERVICE

**State of Texas**             **County of Bexar**             **288th District Court**

Case Number: 2021CI16114



BBW2021008894

Plaintiff:
**KELLY TOUDOUZE**

vs.

Defendant:
**LIBERTY COUNTY MUTUAL
INSURANCE COMPANY
AND AMICA MUTUAL INSURANCE
COMPANY AND CLINT PRESTON
SAUCER**

Received by CODY JOSEPH BERNARD on the 26th day of August, 2021 at 4:37 pm to be served on **AMICA MUTUAL INSURANCE COMPANY BY SERVING ITS REGISTERED AGENT AMY WALSINGHAM, 2150 TOWN SQUARE PLACE, STE. 600, SUGAR LAND, TX 77479**.

I, CODY JOSEPH BERNARD, do hereby affirm that on the **1st day of September, 2021** at **3:30 pm, I:**

Served an authorized agent by delivering a true copy of the **Citation / Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me, to: **ALEX (LAST NAME NOT PROVIDED)** as **AUTHORIZED EMPLOYEE** at the address of: **2150 TOWN SQUARE PLACE, STE. 600, SUGAR LAND, TX 77479** on behalf of **AMICA MUTUAL INSURANCE COMPANY**, and informed said person of the contents therein, in compliance with state statutes.

"My name is  CODY JOSEPH BERNARD  my date of birth is 7/15/1988  and my address is 7215 MENLO CREEK COURT, RICHMOND, TX 77407.  I declare under penalty of perjury that the foregoing is true and correct.  Executed in Fort Bend County, Texas on the _2 nd_____ Day of _September_ 2021, CODY JOSEPH BERNARD  declarant."

**CODY JOSEPH BERNARD**
PSC-17300 exp 03/31/2022

**Pronto Process
1406 W Salinas
San Antonio, TX 78207
(210) 226-7192**

Our Job Serial Number: BBW-2021008894

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1x

PRIVATE PROCESS

**Case Number: 2021CI16114**

Kelly Toudouze VS Liberty County Mutual
Insurance Company ET AL
(Note: Attached Document May Contain Additional Litigants)

IN THE **288TH DISTRICT COURT**

BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:    **AMICA MUTUAL INSURANCE COMPANY
BY SERVING ITS REGISTERED AGENT AMY WALSINGHAM**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **ORIGINAL PETITION** was filed **on this the 9th day of August, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 26th day of August, 2021.

**F SCOTT DE LA GARZA
ATTORNEY FOR PLAINTIFF
15900 LA CANTERA PKWY STE 20255
SAN ANTONIO TX  78256**



**Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205**

**By: /s/ Alexandra Johnson**
 **Alexandra Johnson, Deputy**

---

KELLY TOUDOUZE VS LIBERTY COUNTY MUTUAL
INSURANCE COMPANY ET AL

Case Number: 2021CI16114

288th District Court

### Officer's Return

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ____M. and ( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M. at _____ or (   ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas
BY: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**

DOCUMENT 1-4

FILED
9/21/2021 4:20 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Luis Herrera
Bexar County - 288th District Court

Case 5:21-cv-00937-FB    Document 1-1    Filed 10/01/21    Page 18 of 28

## NO. 2021CI16114

| | | |
|---|---|---|
| **KELLY TOUDOUZE,** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **BEXAR COUNTY, TEXAS** |
| | § | |
| **LIBERTY COUNTY MUTUAL** | § | **288TH JUDICIAL DISTRICT** |
| **INSURANCE COMPANY AND** | § | |
| **AMICA MUTUAL INSURANCE** | § | |
| **COMPANY AND CLINT PRESTON** | § | |
| **SAUCER** | § | |

## DEFENDANT LIBERTY COUNTY MUTUAL INSURANCE ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **LIBERTY COUNTY MUTUAL INSURANCE COMPANY,** Defendant in the above cause, and for answer to Plaintiff's Original Petition and would show:

## I.

1.    Defendant Carrier admits that it issued an automobile policy of insurance which provides coverage to Plaintiff.

2.    Defendant Carrier would show that it intends to comply with the terms and conditions of the policy sued on and agrees to pay Plaintiffs those monies, which Plaintiffs may be entitled to recover as damages as determined by the Court and Jury.  This Defendant Carrier specifically does not agree to waive any right it has under the policy of insurance sued on herein and insists on its rights as contained in said policy, including the definitions, conditions and exclusions contained therein.

3.    Subject to the admissions made above, Defendant Carrier asserts a general denial, as authorized by the Texas Rules of Civil Procedure, and respectfully requests the Court and Jury to require Plaintiffs to prove Plaintiffs' claims, charges and allegations by a preponderance of the evidence, as required by the Constitution and laws of the state of Texas.

4.    Defendant Carrier specifically pleads, as an affirmative defense pursuant to rule Tex.

R. Civ. P. 94, the Limitation of its Liability as stated in the "Limit of Liability" clause contained in the policy sued upon. Defendant Carrier says its liability is limited to the amount of uninsured/ underinsured coverage purchased by the insured and reduced by any applicable reduction clauses or pro-rate clauses contained in said policy.

     5.    Further, Defendant Carrier specifically pleads, as an affirmative defense pursuant to Tex. R. Civ. P. 93(15) and 94, that there are contractual provisions with which Plaintiffs have failed to comply, specifically:

    (a)    Plaintiffs failed to obtain the consent of the Defendant Carrier before settling with the adverse driver.

    (b)    There has been no determination that the adverse driver is liable for this accident or the extent, if any, of the adverse driver's liability.

    (c)    There has been no determination of the damages sustained by Plaintiffs. Accordingly, there has been no determination that the damages sustained by Plaintiffs, if any, exceed the credits, other insurance and offsets to which Defendant Carrier is entitled.

    (d)    There has been no determination that the vehicle being driven by the adverse driver is not an uninsured/underinsured motor vehicle, as that term is defined in the policy.

    (e)    There being no such determination of liability and damages, Defendant Carrier is under no duty to pay benefits to Plaintiffs and Plaintiffs are not entitled to recover attorney's fees. *Brainard v. Trinity Universal insurance Company,* 216 S.W.3rd 809 (Tex., 2006), Sikes v. Zuloaga, 830 S.W.2d 752 (Tex.App.--Austin, 1992).

     6.    Additionally, to the extent that Plaintiffs' medical specials exceed the amount actually paid on Plaintiffs' behalf, Defendant Carrier asserts the statutory defense set forth in Section 41.0105 of the Texas Civil Practice and Remedies Code. Thus, recovery of medical or health care expenses incurred by Plaintiffs are limited to the amount actually paid or incurred by or on behalf of Plaintiffs.

## II.

## RULE 193.7 NOTICE

Pursuant to Texas Rule of Civil Procedure 193.7, Defendant hereby gives notice that any document produced by any party in response to written discovery authenticates the document for use against the producing party in any pretrial proceeding or at trial.  This notice applies to the following non-exclusive list of documents expected to be produced through written discovery: photos; videos; medical records; doctor's notes; nurse's notes; medical narratives; intake forms; patient questionnaires; medical reports; diagnostic images; medical bill; invoices; demand letters; explanation of benefits; pay stubs; wage statements; W-2's; written statements; accident reports; incident reports; and reports of government agencies.

## III.

## DESIGNATED EMAIL FOR SERVICE

Defendant hereby notifies all parties that the designated email for service for all matters included but not limited to discovery, motions, notices and pleadings, is as follows:

SanAntonioLegalMail@libertymutual.com

## IV.

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

WHEREFORE PREMISES CONSIDERED, Defendant having fully answered herein, prays that Defendant goes hence without delay for costs and for such other and further relief, both special and general, at law and in equity, to which Defendant may be justly entitled.

Respectfully submitted,
**LAW OFFICES OF KILPATRICK & HOLDER**

BY

Elizabeth Watson
SBN:24108760
Kilpatrick & Holder
**Mailing and Service Address:**
P.O. Box 7217
London, KY  40742
**Physical Address:**
166 Menefee Street, Suite D, No. 346
Hondo, Texas 78861
Phone: (210) 200-5800
Fax: (866) 221-6120
Service: SanAntonioLegalMail@LibertyMutual.com
E-mail: Elizabeth.Watson@LibertyMutual.com
*Attorney for Defendant Liberty County Mutual Insurance*

**DEFENDANT DEMANDS A TRIAL BY JURY**

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of September, 2021, service required under these rules was made pursuant to Rule 21a.

Zachary O. Luce
DLG LUCE SALAZAR PLLC
15900 La Cantera Parkway, Suite 20255
P: 512-333-4442
F: 844-747-0555
Attorney for Plaintiff
Kelly Toudouze

_____
Elizabeth Watson

DOCUMENT 1-5

FILED
8/31/2021 3:27 PM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Diego Martinez
Bexar County - 288th District Court

Case 5:21-cv-00937-FB     Document 1-1     Filed 10/01/21     Page 24 of 28

## AFFIDAVIT OF SERVICE

| State of Texas | County of Bexar | 288th District Court |
| --- | --- | --- |

Case Number: 2021CI16114

Plaintiff:
**KELLY TOUDOUZE**

vs.

Defendant:
**LIBERTY COUNTY MUTUAL
INSURANCE COMPANY
AND AMICA MUTUAL INSURANCE
COMPANY AND CLINT PRESTON
SAUCER**


BBW2021008263

For:
F. Scott de la Garza
DLG LUCE SALAZAR, PLLC
19210 Huebner Road
Ste. 200
San Antonio, TX 78258

Received by Mike Techow on the 27th day of August, 2021 at 9:20 am to be served on **LIBERTY COUNTY MUTUAL INSURANCE COMPANY BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY, 211 East 7th Street, Suite 620, Austin, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **27th day of August, 2021** at **3:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Citation / Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me, to: **Samantha Guerra, CORPORATION SERVICE COMPANY as Authorized Agent**, at the address of: **211 East 7th Street, Suite 620, Austin, TX 78701**, and informed said person of the contents therein, in compliance with state statutes.

My name is Mike Techow. My date of birth is 6/26/1972. My work address is 809 Nueces, Austin, TX 78701. I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County on August 27th, 2021 by Mike Techow, declarant.

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**Pronto Process (San Antonio)**
**P.O. Box 7819**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2021008263

PRIVATE PROCESS

**Case Number: 2021CI16114**

Kelly Toudouze VS Liberty County Mutual
Insurance Company ET AL
(Note: Attached Document May Contain Additional Litigants)

IN THE **288TH DISTRICT COURT**

BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   **LIBERTY COUNTY MUTUAL INSURANCE COMPANY**
**BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **ORIGINAL PETITION** was filed **on this the 9th day of August, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 26th day of August, 2021.

**F SCOTT DE LA GARZA**
**ATTORNEY FOR PLAINTIFF**
**15900 LA CANTERA PKWY STE 20255**
**SAN ANTONIO TX  78256**



**Mary Angie Garcia**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**
**San Antonio, Texas 78205**

**By: /s/ Alexandra Johnson**
**Alexandra Johnson, Deputy**

---

**KELLY TOUDOUZE VS LIBERTY COUNTY MUTUAL
INSURANCE COMPANY ET AL**

**Case Number: 2021CI16114**

**288th District Court**

### Officer's Return

I received this CITATION on the _____ day of _____, 20_____ at _____ o'clock ____M. and ( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M. at _____ or ( ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY: _____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____

**Declarant**

DOCUMENT 1-6

# 288th District Court

# Case Summary

## Case No. 2021CI16114

| | | |
|---|---|---|
| **Kelly Toudouze VS Liberty County Mutual Insurance Company ET AL** | § | Location |
| | § | **288th District Court** |
| | § | Judicial Officer |
| | § | **288th, District Court** |
| | § | Filed on |
| | § | **08/09/2021** |

---

## Case Information

Case Type: MOTOR VEHICLE ACCIDENT

Case Status: **08/09/2021 Pending**

---

## Assignment Information

**Current Case Assignment**
Case Number          2021CI16114
Court                      288th District Court
Date Assigned      08/09/2021
Judicial Officer    288th, District Court

---

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Toudouze, Kelly** | **DE LA GARZA, F SCOTT** *Retained* |
| **Defendant** | **Amica Mutual Insurance Company** | **O'DELL, MICHAEL SHANE** *Retained* |
| | | **O'DELL, MICHAEL SHANE** *Retained* |
| | **Liberty County Mutual Insurance Company** | **WATSON, ELIZABETH** |

*Retained*

**WATSON, ELIZABETH**
*Retained*

**Saucer, Clinton Preston**

## Events and Orders of the Court

| | |
|---|---|
| 08/09/2021 | New Cases Filed (OCA) |
| 08/09/2021 | PETITION |
| 08/09/2021 | REQUEST FOR SERVICE AND PROCESS |
| 08/09/2021 | JURY FEE PAID |
| 08/26/2021 | **Citation**<br>Liberty County Mutual Insurance Company<br>Served: 08/27/2021<br>Amica Mutual Insurance Company<br>Served: 09/01/2021 |
| 08/31/2021 | RETURN OF SERVICE - SUCCESSFUL<br>*LIBERTY COUNTY MUTUAL INSURANCE COMPANY* |
| 09/07/2021 | RETURN OF SERVICE - SUCCESSFUL<br>*AMICA MUTUAL INSURANCE COMPANY* |
| 09/17/2021 | JURY DEMAND JURY FEE PAID |
| 09/17/2021 | ORIGINAL ANSWER OF<br>*Amica Mutual Insurance Company* |
| 09/21/2021 | JURY DEMAND JURY FEE PAID |
| 09/21/2021 | ORIGINAL ANSWER OF<br>*LIBERTY COUNTY MUTUAL INSURANCE* |